IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHEN PICKELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-00084-CV-W-GAF |
| ) | |
| HSBC MORTGAGE SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING SECOND JOINT MOTION TO STAY ACTION

Now pending before the Court is the parties' Second Joint Motion to Stay Action. For good cause shown, it is

ORDERED that the above referenced action is stayed until May 20, 2009, and all existing briefing and discovery deadlines, including Plaintiff's deadline for filing his Suggestions in Opposition to Defendants' Motion to Dismiss (Doc. #11), Plaintiff's deadline for filing his Suggestions in Opposition to Defendants' Motion for Stay of Discovery (Doc. #26), and Defendants' deadline for responding to Plaintiff's outstanding discovery requests are stayed until May 20, 2009.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 29, 2009