## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| STEPHEN PICKELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-00084-CV-W-GAF |
| | ) |
| HSBC MORTGAGE SERVICES, INC., | ) |
| HOUSEHOLD FINANCE CORP., III, | ) |
| HSBC MORTGAGE CORPORATION, | ) |
| HOUSEHOLD FINANCIAL | ) |
| SERVICES, INC. and HOUSEHOLD | ) |
| REALTY CORP., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendants are directed to file a status report within fifteen (15) days of the date of this Order.

                                                  s/ Gary A. Fenner
                                                  Gary A. Fenner, Judge
                                                  United States District Court

DATED:  November 12, 2009