IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

STEPHEN PICKELL,

               Plaintiff,

vs.

HSBC MORTGAGE SERVICES, INC.,
HOUSEHOLD FINANCE CORPORATION
III, HSBC MORTGAGE CORPORATION,
HOUSEHOLD FINANCIAL SERVICES,
INC., and HOUSEHOLD REALTY
CORPORATION,

               Defendants.

Case No. 09-CV-00084-GAF

## PLAINTIFF'S SIXTH STATUS REPORT

As previously indicated by Defendants in their Status Report (Doc. No. 42) filed on November 27, 2009, there are five principal terms that comprise the parties' settlement negotiations, and that the parties had agreed on four of those five principal terms. As of the last Status Report, the only item not yet agreed upon was the amount to be paid to Plaintiff's Counsel for attorney fees.

The parties have now reached an agreement regarding the fifth and final principal term regarding attorneys fees. The parties are now in the process of finalizing the settlement agreement and all necessary documentation in order to effectuate the settlement of the named plaintiff's claims against Defendants.

1

Dated: December 16, 2009

Respectfully Submitted,

WALTERS BENDER STROHBEHN
&. VAUGHAN, P.C.

By      /s/ R. Frederick Walters
   R. Frederick Walters - Mo. Bar 25069
   Kip D. Richards - Mo.  Bar 39743
   David M. Skeens -Mo.  Bar 35728
   Garrett M. Hodes - Mo. Bar 50221
   2500 City Center Square
   1100 Main Street
   Kansas City, Missouri 64105
   (816) 421-6620
   (816) 421-4747 (Facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, Western Division this 1**6th day of December, 2009**, with notice of case activity to be generated and sent electronically by the Clerk to all designated persons

By      /s/ R. Frederick Walters

2