IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHEN PICKELL, <br><br> Plaintiff, <br><br> v. <br><br> HSBC MORTGAGE SERVICES, INC., HOUSEHOLD FINANCE CORPORATION III, HSBC MORTGAGE CORPORATION, HOUSEHOLD FINANCIAL SERVICES, INC., and HOUSEHOLD REALTY CORPORATION, <br><br> Defendants. | Case No. 09-CV-00084-GAF |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Stephen Pickell and Defendants HSBC Mortgage Services, Inc., Household Finance Corporation III, HSBC Mortgage Corporation (USA) Inc., and Household Realty Corporation, pursuant to Fed. R. Civ. Proc. 41(a)(1), hereby stipulate to the dismissal of Plaintiff's action and all Plaintiff's individual claims alleged herein with prejudice.  The parties further stipulate that they shall bear their own respective costs and attorneys' fees in this action.

Respectfully submitted,

Dated:  January 27, 2010					WALTERS BENDER STROHBEHN
							& VAUGHAN, P.C.


							By:	/s/  R. Frederick Walters
								R. Frederick Walters, #25069
								Kip D. Richards, #39743
								Garrett M. Hodes, #50221
								2500 City Center Square
								1100 Main Street
								P.O. Box 26188
								Kansas City, MO  64196
								Telephone:  (816) 421-6620
								Facsimile:  (816) 421-4747

							ATTORNEYS FOR PLAINTIFF



Dated:  January 27, 2010					SHOOK, HARDY & BACON L.L.P.


							By:	/s/  Todd W. Ruskamp
								Todd W. Ruskamp, #48636
								Jeanne M. Janchar, #51813
								Kimberly S. Goff, #52963

							2555 Grand Blvd.
							Kansas City, MO  64108-2613
							Telephone:  (816) 474-6550
							Facsimile:  (816) 421-5547

WILMER CUTLER PICKERING HALE
AND DORR LLP

Christopher R. Lipsett
David S. Lesser
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

      /s/ Todd W. Ruskamp
      Attorney for Defendants