IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEPHEN PICKELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-00084-CV-W-GAF |
| | ) |
| HSBC MORTGAGE SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: January 28, 2010